**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: <br><br> MIGUEL ANGEL MELENDEZ ARZUAGA <br><br><br> Debtor(s) | CASE NUMBER:   11-06605-MCF <br><br><br><br> CHAPTER 13 |

**TRUSTEE'S REQUEST OF WAIVER TO COMPLY**
**WITH 11 U.S.C. §1302(d)(1)(A)(i)**

**TO THE HONORABLE COURT:**

   **COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully, **ALLEGES, STATES** and **PRAYS:**

   1. Debtor has informed that he/she has a domestic support obligation. Debtor has provided the postal address of the child support recipient. The Trustee, in compliance with the bankruptcy provisions, sent a letter to the recipient; however, said communication was returned due to inadequate address. Although many efforts has performed to obtain the information, the Trustee was not successful in obtaining the correct postal address of the child support recipient.

   2. The Trustee has an obligation pursuant 11 U.S.C. §1302(d)(1)(A)(i), to provide written notice to the holder of the DSO claim and the right of such holder to use the services of the State child support enforcement agency.

   3. The Trustee herein requests from this Honorable Court a waiver to the trustee to provide the written notice to the holder of the DSO claim as required by 11 U.S.C. §1302(d)(1)(A)(i) since the information is not available.

   **WHEREFORE**, it is respectfully requested from this Honorable Court to grant the trustee a waiver to comply with 11 U.S.C. §1302(d)(1)(A)(i).

   **RESPECTFULLY SUBMITTED.**

   **NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party in interest whom this document has been served, or any other party to the action who objects the relief sought herein, shall serve and file an objection or other appropriate response to this document with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the document will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the Court may - in its discretion - schedule a hearing. 9013-1(h)(1).

   **CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all CM/ECF participants in this case. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor at the mailing address of record.

In San Juan, Puerto Rico, 5/4/2012.

**/s/Alejandro Oliveras Rivera**
**Alejandro Oliveras Rivera, Esq.**
**Chapter 13 Trustee**
**PO Box 9024062**
**San Juan, PR  00902-4062**
**Tel. 977-3500  Fax 977-3521**

11-06605-MCF           CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

MIRIAM S LOZADA RAMIREZ*

296 CALLE RAMON E BETANCES SUR
SUITE 5
MAYAGUEZ, PR  00680 -2390

ASUME

C/O HEIDI MIRANDA BROCO
PO BOX 193317
SAN JUAN, PR  00919

MIGUEL ANGEL MELENDEZ ARZUAGA
HC 20 BOX 10765
JUNCOS, PR  00777

DATED:  10:18:10AM

/s/ Walter Lugo
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1        - CASE NO.  11-06605-MCF