IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF | *CASE NO.* 11-06605 |
|---|---|
| MIGUEL ANGEL MELENDEZ ARZUAGA<br><br>Debtor | Chapter 13 |

NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

    Now comes debtors through the undersigned attorney and very respectfully pray and state as follows:

1. In the above captioned case pursuant to 11 U.S.C. section 1307 Debtor hereby elects to REQUEST FOR VOLUNTARY DISMISSAL OF the above captioned chapter case.

2. This case has not be converted to under sections,706, 1112 nor 1208 of the Bankruptcy Code.

3. Debtor whishes to withdraw his voluntary petition because he is in the process of entering in agreements with his creditors.

4. Debtor does not want to continue under the protection of the bankruptcy code.

    WHEREFORE debtor gives Notice to the Court of the voluntary dismissal of this case, with any other relief Court understands proper.

    RESPECTFULLY SUBMITTED

1

. In Mayaguez, Puerto Rico, this Monday, May 07, 2012.

/s/MIRIAM S. LOZADA RAMIREZ

296 Ramón E. Betances Sur

Suite No.5

Mayagüez, PR 00680

Tel(787) 834-3004

Fax(787)986-7346

miriamlozada@gmail.com

CERTIFICATE OF SERVICE

I herby certify that on this same date I electronically filed the above document with the Clerk of the Court using ECF systems which sent a notification of such filing to al those who have registered for receipt of notice by electronic mail. I further certify that I have served to the US Trustee, ustpregion21.hr.ecf@usdoj.gov and to standing chapter 13 truste Alejandro Oliveras Rivera and by depositing true and exact copies thereof in the United States mail; postage prepaid to the non CM/ECF participants, as per master address list to all parties in interest to their address of record.

In Mayaguez, for San Juan, Puerto Rico Monday, May 07, 2012.

/S/MIRIAM S. LOZADA RAMÍREZ

2

ATTORNEY FOR DEBTOR

3